IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Luvert, Amanda

Printed: 03/17/09

Case Number: 05 B 35644
Judge: Wedoff, Eugene R
Filed: 9/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 15, 2009
Confirmed: November 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 18,410.00 |  |
| Secured: |  | 2,507.91 |
| Unsecured: |  | 13,188.99 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 986.01 |
| Other Funds: |  | 27.09 |
| Totals: | 18,410.00 | 18,410.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,700.00 | 1,700.00 |
| 2. | LS Ayers & Company | Secured | 0.00 | 0.00 |
| 3. | Toyota Motor Credit Corporatio | Secured | 2,507.91 | 2,507.91 |
| 4. | Resurgent Capital Services | Unsecured | 1,581.43 | 917.39 |
| 5. | ECast Settlement Corp | Unsecured | 4,300.19 | 2,530.38 |
| 6. | ECast Settlement Corp | Unsecured | 591.88 | 348.38 |
| 7. | LS Ayers & Company | Unsecured | 256.48 | 138.78 |
| 8. | Resurgent Capital Services | Unsecured | 15,722.19 | 9,254.06 |
| 9. | Fifth Third Bank | Secured |  | No Claim Filed |
| 10. | Illinois Dept Of Employment Sec | Unsecured |  | No Claim Filed |
|  |  |  | $ 26,660.08 | $ 17,396.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 306.18 |
| 5% | 91.96 |
| 4.8% | 179.50 |
| 5.4% | 304.77 |
| 6.5% | 103.60 |
|  | $ 986.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Luvert, Amanda

Printed: 03/17/09

Case Number: 05 B 35644
Judge: Wedoff, Eugene R
Filed: 9/6/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: